652 A.2d 292

**In re GUARDIANSHIP OF Howard McALLISTER.**

**Appeal of Howard McALLISTER.**

Supreme Court of Pennsylvania.

Argued Dec. 7, 1994.

Decided Dec. 30, 1994.

Robert S. Mirin, Harrisburg, for H. McAllister.

John H. Broujos, Carlisle, for Sunee McAllister.

Before NIX, C.J., and FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY, CASTILLE and MONTEMURO, JJ.

*ORDER*

PER CURIAM:

Appeal dismissed as having been improvidently granted.

ZAPPALA, J., dissents.

MONTEMURO, J., is sitting by designation.